# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CATHERINE WILLIAMS,

        Plaintiff,                      1:11-cv-00100 (MKB) (JMA)

                                                      **STIPULATION OF**
                                                      **VOLUNTARY**
                                                      **DISMISSAL**

      -against-

COMPREHENSIVE CONSULTING GROUP LLC, LOUIS
RUSSO, individually, and MICHAEL RUSSO, individually

                    Defendants.

---------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, by and between the parties hereto, through their respective

undersigned counsel, that the above-entitled action is dismissed with prejudice and without costs

to any party.

Dated: July 13, 2012

**DEREK SMITH LAW GROUP, PLLC**     **NIXON PEABODY LLP**

*/s/ Derek T. Smith*                      */s/ Thomas M. Mealiffe*
Derek T. Smith, Esq.                   Joseph J. Ortego, Esq.
30 Broad Street                          Thomas M. Mealiffe, Esq.
35th Floor                              50 Jericho Quadrangle, Suite 300
New York, New York 10004        Jericho, New York 1175

*Attorney for Plaintiff*                    *Attorneys for Defendants*